McGREGOR W. SCOTT
United States Attorney
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL JORGENSON,

            Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

            Defendants.

Case No. 1:17-cv-00817-LJO-EPG (PC)

ORDER GRANTING UNITED STATES' EX PARTE REQUEST FOR AN EXTENSION OF TIME TO PROVIDE INITIAL DISCLOSURES

ORDER EXTENDING DEADLINE FOR FILING SCHEDULING CONFERENCE STATEMENTS

    Given the lapse in appropriations and partial shutdown of the government, IT IS ORDERED that the United States' *ex parte* request for a 45-day extension of time to provide Initial Disclosures is GRANTED. All parties have up to and including March 4, 2019, to provide their Initial Disclosures.

    As the Court is extending the deadline for providing Initial Disclosures, IT IS FURTHER ORDERED that all parties have up to and including March 13, 2019, to file and serve their scheduling conference statements.

IT IS SO ORDERED.

    Dated: **January 22, 2019**          /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE