UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JORGENSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00817-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR INMATE ASSISTANCE AT STATUS CONFERENCE<br><br>(ECF NO. 85) |

　　　　Paul Jorgenson ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this action. On August 15, 2019, Plaintiff filed a motion asking the Court to allow inmate Raymond Clifton (a paralegal) to represent him, or assist him, at the upcoming status conference. (ECF No. 85). Plaintiff states that he needs the assistance because he has a full-time job teaching high school, Microsoft Office, and various adult continuing education courses. He does not have time to study law.

　　　　Plaintiff's motion will be denied. It does not appear that inmate Raymond Clifton has an active State Bar license. Accordingly, he may not represent Plaintiff in court proceedings. Cal. Bus. & Prof. Code § 6125. As to Plaintiff's request to have inmate Raymond Clifton assist him, Plaintiff has not alleged that he lacks the mental capacity to represent himself at the conference.

1

Instead, Plaintiff has alleged that he is too busy to adequately represent himself. This is not a valid reason for the Court to order Plaintiff's institution to make someone available to represent him at the conference.

Accordingly, IT IS ORDERED that Plaintiff's motion for inmate assistance at the upcoming status conference is DENIED.

IT IS SO ORDERED.

Dated: **August 23, 2019**　　　　　　/s/ Erin P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE