UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JORGENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00817-LJO-EPG (PC)<br><br>ORDER FOLLOWING STATUS CONFERENCE<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, JUDGMENT ON THE PLEADINGS (ECF NO. 75-1) |

    Paul Jorgenson ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this action.

    The Court held a status conference on September 9, 2019. Plaintiff telephonically appeared on his own behalf. Counsel Edward Olsen personally appeared on behalf of defendant United States of America. Counsel Carlos Ambriz telephonically appeared on behalf of defendant Haak. Counsel Thomas Gray telephonically appeared on behalf of defendants Randhawa and Emanuel Medical Center.

    At the conference, the parties discussed several deadlines that Plaintiff has already missed. Defense counsel objected to any further extension of these deadlines. In the abundance of caution, for the reasons stated on the record at the conference, the Court is giving Plaintiff one final opportunity for Plaintiff to submit certain information and pleadings. Therefore, IT IS ORDERED that:

1. Plaintiff has thirty days from the date of service of this order to file a motion to substitute named defendants in place of Doe Defendants. Failure to file a motion to substitute by this deadline may result in dismissal of Doe Defendants.
2. Within thirty days from the date of service of this order, Plaintiff shall serve Defendants' counsel (Mr. Olsen, Mr. Ambriz, and Mr. Gray) with his initial disclosures. As discussed in the Court's prior order (ECF No. 44), Plaintiff shall provide Defendants' counsel with "[t]he name and, if known, the address and telephone number of each individual likely to have discoverable information−along with the subjects of that information−that [Plaintiff] may use to support [his] claims or defenses, unless the use would be solely for impeachment." (Id. at 2). Plaintiff shall also provide Defendants' counsel with a "copy−or a description by category and location−of all documents, electronically stored information, and tangible things that [Plaintiff] has in [his] possession, custody, or control and may use to support [his] claims or defenses, unless the use would be solely for impeachment." (Id.)
3. Plaintiff has thirty days from the date of service of this order to file a response to the United States' Motion for Summary Judgment or, in the alternative, Judgment on the Pleadings (ECF No. 75).
4. The Clerk of Court is directed to send Plaintiff a copy of the Memorandum of Points and Authorities in Support of the United States' Motion for Summary Judgment or, in the alternative, Judgment on the Pleadings (ECF No. 75-1).
5. A schedule will be set at a later date.

IT IS SO ORDERED.

Dated: **September 10, 2019**

/s/ Erin P. Gross

UNITED STATES MAGISTRATE JUDGE