# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JORGENSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00817-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NO. 98)<br><br>ORDER DISMISSING DOE DEFENDANTS FROM THIS ACTION, WITHOUT PREJUDICE |

      Paul Jorgenson ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this action. This case now proceeds on Plaintiff's Second Amended Complaint ("SAC"), which was filed on July 12, 2018. (ECF No. 19). This case is proceeding on Plaintiff's FTCA claim against the United States, his Eighth Amendment Bivens claim against the four unknown correctional officers ("the Doe Defendants"), his state tort claims for medical negligence against Defendants Haak, Randhawa, and Emanuel Medical Center, and his state tort claims for battery against Defendants Haak and Emanuel Medical Center. (ECF No. 21, p. 2; ECF No. 95, p. 3). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On November 21, 2019, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "the Doe Defendants be dismissed from this action, without prejudice, because of Plaintiff's failure to provide the Marshal with accurate and

sufficient information to effect service of the summons and complaint on the Doe Defendants within the time period prescribed by Federal Rule of Civil Procedure 4(m)." (ECF No. 98, p. 3).

The parties were provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 21, 2019, are ADOPTED IN FULL; and
2. The Doe Defendants are dismissed from this action, without prejudice, because of Plaintiff's failure to provide the Marshal with accurate and sufficient information to effect service of the summons and complaint on the Doe Defendants within the time period prescribed by Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated: **January 27, 2020**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE