UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JORGENSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD B. HAAK, M.D., et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00817-NONE-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR OBJECTIONS TO BE CONSIDERED TIMELY<br><br>(ECF NO. 107) |

Paul Jorgenson ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this action.

On February 6, 2020,[1] Plaintiff filed objections to the findings and recommendations dated December 9, 2019, and November 20, 2019, along with a motion requesting that the objections be considered timely filed. (ECF No. 107). Plaintiff admits that he did not timely file his objections, but asks that they be considered timely "on equitable tolling grounds." (Id.).

///

///

///

---

[1] Plaintiff's motion is dated December 3, 2019. (ECF No. 107, p. 8). Plaintiff also certifies that he mailed a copy of the motion to the parties and the Court on December 3, 2019. (Id. at 8-9). However, this is patently false. One of the findings and recommendations that Plaintiff is objecting to is dated December 9, 2019, which is six days after Plaintiff supposedly served his objections. Plaintiff is advised that misrepresenting facts to the Court may lead to sanctions, up to and including the dismissal of his case.

1

As the findings and recommendations have already been adopted (ECF Nos. 104 & 105), IT IS ORDERED that Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: **February 10, 2020**

/s/ Eric P. Grojean
UNITED STATES MAGISTRATE JUDGE