UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JORGENSON,<br><br>            Plaintiff,<br><br>    v.<br><br>RICHARD B. HAAK, M.D., et al.,<br><br>            Defendants. | Case No. 1:17-cv-00817-NONE-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT PLAINTIFF'S MOTION FOR RELEASE BE DENIED WITHOUT PREJUDICE<br><br>(ECF NO. 115)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A 28 U.S.C. § 2241 PETITION FORM |

      Paul Jorgenson ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this action.  This case now proceeds on Plaintiff's Second Amended Complaint ("SAC"), which was filed on July 12, 2018.  (ECF No. 19).  This case is proceeding on Plaintiff's state tort claims for medical negligence against Defendants Haak, Randhawa, and Emanuel Medical Center ("Defendants"), and his state tort claims for battery against Defendants Haak and Emanuel Medical Center.  (ECF No. 21, p. 2; ECF No. 95, p. 3; ECF No. 104, p. 2; ECF No. 105, p. 2).

      On April 15, 2020, Plaintiff filed a motion for release due to issues with a parole hearing and in light of Covid-19.  (ECF No. 115).

      This case is only proceeding on state law claims against two medical professionals and a hospital.  Plaintiff's motion for release is not related to any of the claims proceeding in this

case. Moreover, none of the named defendants have the authority to release Plaintiff from prison.

      Accordingly, IT IS RECOMMENDED that Plaintiff's motion for release be denied, without prejudice to Plaintiff filing another action. Although the Court has not thoroughly analyzed Plaintiff's request for relief, if Plaintiff wishes to file another action based on the allegations in that request, he may consider filing a habeas petition pursuant to 28 U.S.C. § 2241 in this district or a motion pursuant to 18 U.S.C. § 3582(c) before the sentencing court.

      These findings and recommendations are submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within seven (7) days after service of the objections. The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

      Additionally, the Clerk of Court is directed to send Plaintiff a 28 U.S.C. § 2241 petition form.

IT IS SO ORDERED.

    Dated:   **April 16, 2020**                   /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE