1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAUL JORGENSON,

        Plaintiff,

    v.

RICHARD B. HAAK, M.D., et al.,

        Defendants.

No. 1:17-cv-00817-NONE-EPG (PC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(Doc. Nos. 115 & 116)

18
19
20
        Paul Jorgenson ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this action.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21
22
23
24
25
        On April 15, 2020, Plaintiff filed a motion for release.  (ECF No. 115).  On April 17, 2020, the assigned magistrate judge entered findings and recommendations, recommending "that Plaintiff's motion for release be denied, without prejudice to Plaintiff filing another action."  (Doc. No. 116 at 3 (indicating he may consider filing a habeas petition pursuant to 28 U.S.C. § 2241).)

26
27
28
        Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on April 17, 2020 (Doc. No. 116), are ADOPTED IN FULL; and

2. Plaintiff's motion for release is denied, without prejudice to plaintiff filing of a habeas action seeking the requested relief.

IT IS SO ORDERED.

Dated:   **June 4, 2020**

UNITED STATES DISTRICT JUDGE